1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| UNITED STATES, | CASE NO. 23-cr-168 |
| Plaintiff, | ORDER |
| v. | |
| ELDON LEINWEBER, | |
| Defendant. | |

14

15

16

17

This matter comes before the Court on Defendant Eldon Leinweber's

unopposed motion for authorization to transfer records under protective order.

Having considered the motion and the relevant record, the Court GRANTS the

motion and orders as follows:

18

19

20

21

22

23

   1.  Leinweber may transfer any records or information obtained in discovery

      or investigation of this case that are subject to the existing protective

      order at *United States v. Leinweber*, 2:19-cr-00209-WFN-1 (E.D. WASH.),

      Dkt. Nos. 21, 23 to the Washington State Attorney General's Office.

ORDER - 1

2.  Leinweber must provide the Attorney General's Office a copy of the

existing protective order if he transfers any records or information as

contemplated above.

If Leinweber wishes to bind the Attorney General's Office to the terms of the

existing protective order, the Attorney General's Office must agree to be bound by

the protective order and submit to the Court's jurisdiction for the purpose of

enforcing the protective order's terms. *See, e.g.*, United States District Court For

The Western District of Washington Model Stipulated Protective Order, Exhibit A,

Acknowledgment and Agreement to Be Bound.


Dated this 4th day of December, 2023.


Jamal N. Whitehead
United States District Judge

ORDER - 2